UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| INTERNATIONAL TRANSPORT MANAGEMENT CORPORATION, and OCEAN NAVIGATOR EXPRESS LINE,<br><br>Plaintiffs,<br><br>vs.<br><br>BROOKS FITCH APPAREL GROUP, LLC, and JOSEPH E. SAFDIEH,<br><br>Defendants. | Case No.: 11-cv-1921 (ES)(JSA) |

## JUDGMENT IN A CIVIL ACTION

**The court has ordered that:**

The plaintiff Ocean Navigator Express Line recover from the defendants Brooks Fitch Apparel Group, LLC and/or Joseph E. Safdieh the amount of Four Million, One Hundred Ninety-Five Thousand and Six Dollars and Fifty Cents ($4,195,006.50), plus prejudgment interest in the amount of Seven Hundred Nineteen Thousand, Four Hundred Seventy One Dollars and Fifty Nine Cents ($719,471.59) for a total recovery amounting to Four Million, Nine Hundred Fourteen Thousand, Four Hundred Seventy Eight Dollars and Nine Cents ($4,914,478.09); and,

The plaintiff Ocean Navigator Express Line shall also recover from the defendants Brooks Fitch Apparel Group, LLC and/or Joseph E. Safdieh post-judgment interest at a rate of 1.79% to be applied only to the judgment of $4,195,006.50 which is to be compounded annually and which will accrue from August 14, 2019 until the date of payment.

**This action was:**

Tried by Judge Jose L. Linares without a jury and a decision holding the defendant Brooks Fitch Apparel Group, LLC liable to the plaintiff Ocean Navigator Express Line for the sum of $4,155,006.50 was reached on April 26, 2018;

Decided by Jose L. Linares on a motion and the above decision holding the defendant Brooks Fitch Apparel Group, LLC liable to the plaintiff Ocean Navigator Express Line for the additional sum of $40,000.00 for an amount now totaling $4,195,006.50 was reached on October 12, 2018;

Decided by Judge Esther Salas on a motion and the above decision holding that the plaintiff Ocean Navigator Express Line could recover the judgment against defendant Brooks Fitch Apparel Group, LLC for the sum of $4,195,006.50 from the defendant Joseph E. Safdieh by piercing the corporate veil was reached on August 14, 2019; and,

Decided by Judge Esther Salas on a motion and the above decision holding that the defendants Brooks Fitch Apparel Group, LLC and/or Joseph E. Safdieh were liable to the plaintiff Ocean Navigator Express Line for the additional sum of prejudgment interest in the amount of $719,471.59 was reached on September 14, 2020; and,

Decided by Judge Esther Salas on a motion and the above decision holding that the plaintiff Ocean Navigator Express Line shall also recover from the defendants Brooks Fitch Apparel Group, LLC and/or Joseph E. Safdieh post-judgment interest at a rate of 1.79% to be applied to the judgment of $4,195,006.50 which is to be compounded annually and which will accrue from August 14, 2019 until the date of payment was reached on September 14, 2020.

Date: January 6, 2021

                                        */s/Esther Salas*
                                        Esther Salas, United States District Judge