UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| INTERNATIONAL TRANSPORT MANAGEMENT CORPORATION, and OCEAN NAVIGATOR EXPRESS LINE,<br><br>*Plaintiff,*<br><br>- against -<br><br>BROOKS FITCH APPAREL GROUP, LLC and JOSEPH E. SAFDIEH,<br><br>*Defendants.* | Civil Action No: 11-1921 (ES)<br><br>**NOTICE OF APPEAL TO THE U.S. COURT OF APPEALS FOR THE THIRD CIRCUIT** |

Notice is hereby given that defendants Brooks Fitch Apparel Group, LLC and Joseph E. Safdieh appeal to the United States Court of Appeals for the Third Circuit from the Judgment of the United States District Court, District of New Jersey, dated January 7, 2022 and entered in this action on January 11, 2022.

Dated:  February 10, 2022

OFECK & HEINZE, LLP
Attorneys for Defendants-Appellants

By: __*Mark F. Heinze*_____
         Mark F. Heinze
85 Main Street, Suite 204
Hackensack, NJ 07604
Tel. 201-488-9900
Fax. 201-488-4475
mark@ofeckheinze.com

| | |
|---|---|
| INTERNATIONAL TRANSPORT MANAGEMENT CORPORATION, and OCEAN NAVIGATOR EXPRESS LINE,<br><br>*Plaintiff,*<br><br>- *against* -<br><br>BROOKS FITCH APPAREL GROUP, LLC and JOSEPH E. SAFDIEH,<br><br>*Defendants.* | Civil Action No: 11-1921 (ES)<br>Judge: Hon. Esther Salas, USDJ<br><br>**PROOF OF SERVICE** |

      On February 10, 2022, I served the within Notice of Appeal on counsel for plaintiff via ECF and first class mailing at the addresses noted below.  I  declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 10, 2022

                                          __*Mark F. Heinze*_____
                                             Mark F. Heinze

Address of Service:
**OWEN DUFFY, ESQ.**
**LAW OFFICE OF OWEN F. DUFFY**
5 Penn Plaza, 19th Fl.,
New York, N.Y. 10001
*Attorney for Plaintiffs*

**GEORGE EDMUND MURRAY**
961 Mercer Road
Princeton, NJ 08540
917-539-7364
888-742-2637 (fax)
gemurraylaw@aol.com
*Attorney for Plaintiffs*